O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK MANTE, | ) | Case No. EDCV 14-02567-VAP |
| | ) | (DTBx) |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING PRELIMINARY** |
| v. | ) | **INJUNCTION** |
| | ) | |
| MARSHA G. SLOUGH, etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS ORDERED that, pursuant to Federal Rule of Civil Procedure 65 and the Order filed concurrently herewith, any of the Defendants, their respective officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, are hereby enjoined and restrained pending the final hearing and determination of this action, from enforcing Part II.C of the San Bernardino County Superior Court General Order dated November 19, 2012.

1      IT IS FURTHER ORDERED, that within five (5) business
2 days of the entry of this Order, Mante will post an
3 undertaking with the Clerk of the Court in the form of a
4 bond, cash, or check in the amount of $250.00 as security
5 for the payment of such costs and damages as may be
6 incurred or suffered by any party as a result of any
7 undue harm caused by this Order, and that such
8 undertaking, if in the form of check or cash, shall be
9 held in an interest-bearing account.

13 Dated: March 30, 2015

                                    VIRGINIA A. PHILLIPS
                             United States District Judge