Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  +1.415.626.3939
Facsimile:   +1.415.875.5700

Attorneys for Defendant
MARSHA G. SLOUGH

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARK MANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSHA G. SLOUGH, in her official capacity as presiding judge of the Superior Court of California, County of San Bernardino; and Sergeant JOHN MCMAHON, in his official capacity as Sheriff for San Bernardino County,<br><br>    Defendants. | Case No. 5:14-cv-02567-VAP-DTB<br><br>**~~STIPULATION AND [PROPOSED]~~ ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff Mark Mante ("Mante") and Defendant Marsha G. Slough, sued in her official capacity as presiding judge of the Superior Court of California, County of San Bernardino (the "Superior Court") (collectively, Mante and the Superior Court are referred to as the "Parties"), enter into this stipulation dismissing Mante's complaint based upon the following recitals.

1. On December 16, 2014, Mante filed his Complaint in this Court alleging that certain provisions in the Superior Court's November 19, 2012 General Order regarding Court Access ("November 19, 2012 General Order") are unconstitutional. ECF No. 1.

2. On March 27, 2015, this Court entered an order granting in part and denying in part Mante's motion for preliminary injunction, holding that Part II(B) of the November 19, 2012 General Order was likely not unconstitutional, but that Part II(C) was likely unconstitutional.

3. On December 28, 2015, the Parties stipulated that Mante's Complaint could be dismissed pursuant to a settlement agreement.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the terms of the Parties' December 28, 2015 Settlement and Release Agreement, this action hereby is dismissed with prejudice, with each party to bear fees and costs as set out in settlement agreement.

2. The United States District Court for the Central District of California will retain jurisdiction to enforce the terms of the Parties' settlement.

| | | |
|---|---|---|
| Dated: | December 28, 2015 | CENTER FOR RELIGIOUS FREEDOM |

By: _____
     Nathan W. Kellum

Attorneys for Plaintiff
MARK MANTE

| | | |
|---|---|---|
| Dated: | December 23, 2015 | JONES DAY |

By: _____
     Robert A. Naeve

Attorneys for Defendant
MARSHA G. SLOUGH

## [PROPOSED] ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, the Court orders that the complaint on file in this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: January 6, 2016

_____
Hon. Virginia A. Phillips
United States District Judge

- 2 -